**No. 60261.**—Charles M. Schayer & Co. *v.* United States, protest 258887–K (Denver).

Opinion by WILSON, J. The protest was dismissed.